### GOLDSTEIN v. HERSHKOWITZ.

(Supreme Court, Appellate Term, First Department. January 9, 1913.)

LANDLORD AND TENANT (§ 164*)—NEGLIGENCE OF LANDLORD.

     A landlord was not guilty of negligence for failure to nail a rug to the floor in the hall of a tenement house, as a result of which an infant child of tenants was injured.

     [Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 630–641; Dec. Dig. § 164.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Morris Goldstein, as guardian ad litem of Reuben Goldstein, an infant, etc., against David Hershkowitz. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued December term, 1912, before SEABURY, GUY, and GERARD, JJ.

James J. Mahoney, of New York City (Edward I. Taylor, of New York City, of counsel), for appellant.

Samuel Saltzman, of New York City, for respondent.

PER CURIAM. The plaintiff, an infant, was injured by slipping upon and falling over a rug laid in the front hall of a tenement house in which plaintiff's parents were tenants. We do not think that any actionable negligence can be predicated upon the mere failure to nail a rug to the floor.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.